HEATHER E. WILLIAMS, #122664
Federal Defender
BENJAMIN D. GALLOWAY, #214897
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
JORGE LUIS SANCHEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>  Plaintiff, </br></br> v. </br></br> ANTONIO VILLEGAS, et al., </br></br>  Defendants. | NO. 2:13-CR-00286 LKK </br></br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE </br></br> DATE: December 10, 2013 </br> TIME: 9:15 am </br> JUDGE: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, TODD PICKLES, Assistant United States Attorney, attorney for Plaintiff, GILBERT ROQUE, attorney for defendant ANTONIO VILLEGAS, JOHN MANNING, attorney for defendant JESUS MASCORRO, DAN KOUKOL, attorney for defendant GENERO SANTACRUZ, and BENJAMIN GALLOWAY, attorney for defendant JORGE SANCHEZ that the status conference hearing date of November 5, 2013 be vacated, and the matter be set for status conference on December 10, 2013 at 9:15 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendants, investigate the facts of the case, and to negotiate resolutions to this matter. The parties find that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

1  Based upon the foregoing, the parties agree that the time under the Speedy Trial Act
2  should be excluded from the date of signing of this order through and including November 5,
3  2013 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local
4  Code T4 based upon continuity of counsel and defense preparation.

Dated: October 31, 2013

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Public Defender

*/s/ Benjamin Galloway*
BENJAMIN GALLOWAY
Assistant Federal Defender
Attorney for Defendant
JORGE SANCHEZ

Dated: October 31, 2013

*/s/ Gilbert Roque*
GILBERT ROQUE
Attorney for Defendant
ANTONIO VILLEGAS

Dated: September 26, 2013

*/s/ John Manning*
JOHN MANNING
Attorney for Defendant
JESUS MASCORRO

Dated: October 31, 2013

*/s/ Dan Koukol*
DAN KOUKOL
Attorney for Defendant
GENERO SANTACRUZ

Dated: October 31, 2013

BENJAMIN WAGNER
United States Attorney

*/s/ Todd Pickles*
TODD PICKLES
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the November 5, 2013, status conference hearing be continued to December 10, 2013, at 9:15 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the December 10, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: November 4, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT