1  DAN KOUKOL
   Attorney at Law
2  State Bar No. 122526
   11930 Heritage Oak Place, Suite 6
3  Auburn, California 95603
   Telephone: (530) 823-5400
4  Facsimile: (530) 852-0150
   Email: dkoukol@placergroup.com
5
   Attorney for Defendant,
6  **GENARO SANTACRUZ**

7
                    **IN THE UNITED STATES DISTRICT COURT**
8                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10 | UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00286-LKK-3 |
|---|---|
11 | Plaintiff, | STIPULATION AND ORDER |
12 | vs. | DATE: April 1, 2014<br>TIME: 9:15 AM |
13 | GENARO SANTACRUZ, | JUDGE: Hon. Lawrence K. Karlton |
14 | Defendant. | |

15

16      It is hereby stipulated and agreed to between the United States of America through Todd

17  Pickles, Assistant U.S. Attorney, and defendant Genaro Santacruz, by and through his attorney,

18  Dan Koukol, that the status conference of April 1, 2014 be vacated and that a status conference

19  be set for May 13, 2014 at 9:15 AM.

20      This continuance is being requested because the prosecutor is preparing a revised plea

21  agreement.

22      / /

23      / /

24      / /

25      / /

                                              -1-

1    Counsel agree that the time between the signing of the requested order and May 13, 2014
2    will be excluded from the speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)
3    (Local Code T4) in that the defendants' and the public's interest in a speedy trial are outweighed
4    by the interests of justice in permitting counsel adequate time to prepare.

5/6    DATED: MARCH 31, 2014          Respectfully submitted,

7                                     /s/ DAN KOUKOL
                                      _____
8                                     DAN KOUKOL
                                      Attorney for defendant Genaro Santacruz
9

10/11  DATED: MARCH 31, 2014          Respectfully submitted,

12                                    /s/ DAN KOUKOL FOR TODD PICKLES
                                      _____
13                                    TODD PICKLES
                                      Assistant U.S. Attorney
14

15   **IT IS SO ORDERED,** that the status conference in the above-entitled matter, scheduled for April 1, 2014, be vacated and the matter continued to May 13, 2014 at 9:15 AM for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that
16   date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best
17   interests of the public and the defendants to a speedy trial.

18   DATED: March 31, 2014

19

20                                    _____
                                      LAWRENCE K. KARLTON
21                                    SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT
22

23

24

25