DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**GENARO SANTACRUZ**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00286-LKK-3 |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: May 13, 2014 |
| | TIME: 9:15 AM |
| GENARO SANTACRUZ, | JUDGE: Hon. Lawrence K. Karlton |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Todd Pickles, Assistant U.S. Attorney, and defendant Genaro Santacruz, by and through his attorney, Dan Koukol, that the status conference of May 13, 2014 be vacated and that a status conference be set for June 17, 2014 at 9:15 AM.

This continuance is being requested because counsel is currently attempting to negotiate modifications to the proposed plea agreement with the government.

/ /

/ /

/ /

/ /

-1-

1  Counsel agree that the time between the signing of the requested order and May 13, 2014
2  will be excluded from the speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)
3  (Local Code T4) in that the defendants' and the public's interest in a speedy trial are outweighed
4  by the interests of justice in permitting counsel adequate time to prepare.

5
   DATED: MAY 9, 2014           Respectfully submitted,
6

7                                /s/ DAN KOUKOL
                                 _____
8                                DAN KOUKOL
                                 Attorney for defendant Genaro Santacruz
9

10
    DATED: MAY 9, 2014           Respectfully submitted,
11

12                               /s/ DAN KOUKOL FOR TODD PICKLES
                                 _____
13                               TODD PICKLES
                                 Assistant U.S. Attorney
14

**IT IS SO ORDERED,** that the status conference in the above-entitled matter, scheduled for May
15  13, 2014, be vacated and the matter continued to June 17, 2014 at 9:15 AM for further status
    conference. The Court finds that time under the Speedy Trial Act shall be excluded through that
16  date in order to afford counsel reasonable time to prepare. Based on the parties' representations,
    the Court finds that the ends of justice served by granting a continuance outweigh the best
17  interests of the public and the defendants to a speedy trial.

18  DATED: May 12, 2014

19
                                 LAWRENCE K. KARLTON
20                               SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT
21

22

23

24

25

-2-