1  DAN KOUKOL
   Attorney at Law
2  State Bar No. 122526
   11930 Heritage Oak Place, Suite 6
3  Auburn, California 95603
   Telephone: (530) 823-5400
4  Facsimile: (530) 852-0150
   Email: dkoukol@placergroup.com
5
   Attorney for Defendant,
6  **GENARO SANTACRUZ**

7
                IN THE UNITED STATES DISTRICT COURT
8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00286-LKK-3 |
11 |     Plaintiff, | STIPULATION AND ORDER |
12 |     vs. | DATE: June 17, 2014
            | TIME: 9:15 AM |
13 | GENARO SANTACRUZ, | JUDGE: Hon. Lawrence K. Karlton |
14 |     Defendant. | |

15

16     It is hereby stipulated and agreed to between the United States of America through Todd

17 Pickles, Assistant U.S. Attorney, and defendant Genaro Santacruz, by and through his attorney,

18 Dan Koukol, that the status conference of June 17, 2014 be vacated and that a status conference

19 be set for July 29, 2014 at 9:15 AM.

20     This continuance is being requested because counsel is currently discussing a revised plea

21 agreement with the client.

22     / /

23     / /

24     / /

25     / /

-1-

1   Counsel agree that the time between the signing of the requested order and July 29, 2014
2   will be excluded from the speedy trial calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)
3   (Local Code T4) in that the defendants' and the public's interest in a speedy trial are outweighed
4   by the interests of justice in permitting counsel adequate time to prepare.

DATED: JUNE 13, 2014          Respectfully submitted,

                              /s/ DAN KOUKOL
                              _____
                              DAN KOUKOL
                              Attorney for defendant Genaro Santacruz


DATED: JUNE 13, 2014          Respectfully submitted,

                              /s/ DAN KOUKOL FOR TODD PICKLES
                              _____
                              TODD PICKLES
                              Assistant U.S. Attorney

**IT IS SO ORDERED,** that the status conference in the above-entitled matter, scheduled for June 17, 2014, be vacated and the matter continued to July 29, 2014 at 9:15 AM for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

DATED:  June 17, 2014

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT