BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ANTONIO VILLEGAS, et al.,<br><br>　　　　　　Defendants. | CASE NO. 2:13-CR-00286 MCE<br><br>APPLICATION AND ORDER FOR DESTRUCTION OF MARIJUANA |

　　　　The United States hereby moves for an order permitting the United States Forest Service and any other law enforcement agency to destroy the marijuana seized as part of the investigation and prosecution in the above-referenced case. The last of the defendants in this matter was sentenced on January 29, 2015, with judgment entered on the docket on January 30, 2015. No appeals have been filed and the time to do so has now expired. Accordingly, there is no longer any law enforcement need to preserve the marijuana seized and kept as evidence with respect to this matter.

　　　　Respectfully submitted,

Dated: February 13, 2015　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　By: /s/ Todd A. Pickles
　　　　　　　　　　　　　　　　　　　　　　TODD A. PICKLES
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

# **ORDER**

Having read and considered the papers filed, and good cause appearing:

IT IS HEREBY ORDERED that the United States Forest Service and any other law enforcement agency involved in the investigation of this matter are authorized to destroy, forthwith, any marijuana seized during the investigation and prosecution.

IT IS SO ORDERED.

Dated: February 18, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT